910

No. 80–757. NEW YORK MERCANTILE EXCHANGE ET AL. *v.* LEIST ET AL.;

No. 80–895. CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. *v.* LEIST ET AL.; and

No. 80–936. HEINOLD COMMODITIES, INC., ET AL. *v.* LEIST ET AL. C. A. 2d Cir. Motion of Board of Trade of the City of Chicago et al. for leave to file a brief as *amici curiae* in No. 80–757 granted. Motion of Futures Industry Association for leave to file a brief as *amicus curiae* in No. 80–936 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 638 F. 2d 283.

No. 80–846. ROSE, WARDEN *v.* LUNDY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–1881. AGRELLA *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–442. GARMAN *v.* NORTHERN TRUST CO. C. A. 7th Cir. Certiorari denied.

No. 80–553. DEMANETT ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–585. MAYNE *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 80–601. CASSADY *v.* GREEN. C. A. 6th Cir. Certiorari denied.

No. 80–607. SAGER *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 80–610. FREEMAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.